UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       -v-

JOSE POLO,

           Defendant.

- - - - - - - - - - - - - - - - - - X

**ORDER**
S3 07 Cr. 308

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Arianna R. Berg;

    IT IS HEREBY ORDERED that the Superseding Indictment in the above-captioned action be unsealed since the defendant in the action has been arrested and is being presented and arraigned under the above-listed Indictment.

Dated: New York, New York
       July 25, 2007

                                        _____
                                        UNITED STATE DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUL 25 2007